IN RE: ESTRADA                                          CASE NO. 09-12248

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    108
                                      60-249/433

| Case | Debtor |
|---|---|
| 09-12248 A | ESTRADA, RIGO, JR. |
| 92004905221466 | ESTRADA, LARISHA |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

Date  02/18/2011      $ ***********5.25

~~~Five Dollars and 25/100

Pay to the Order of: U.S. Bankruptcy Court

*[signature]*

MICHAEL CHIASSON, Trustee

⑈000000108⑈ ⑆043302493⑆ 92004905221466⑈

2/22/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000)

DUE: SEE LETTER

*[signature]*

---

```
       UNITED STATES
      BANKRUPTCY COURT
    EASTERN DISTRICT OF LOUISIANA
       NEW ORLEANS DIVISION

    #  228243      - KW
       * * C O P Y * *
        February 22, 2011
             15:35:11


         UNC.UNDER$25
           09-12248
Debtor.: RIGO ESTRADA
Trustee: Michael Chiasson
Amount.:              $5.25 CH
Check#.: 108



Total->   $5.25


FROM: CHIASSON
```

Printed: 02/18/11 02:00 AM

Page: 1

# Claims Distribution Small Checks

Trustee: MICHAEL CHIASSON (380290)

Case: 09-12248 - ESTRADA, RIGO, JR.

| Account No. | Check No. Issued | Claim No. Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 520049052214466 | 108 02/18/11 | | | | | | Check Amount: | | $5.25 |
| | | 5-1 11/21/09 | | 610 | U.S. Bankruptcy Court Acadian Ambulance Service | 35.00 | 35.00 | 1.12 | 1.12 |
| | | 7-1 12/17/09 | | 610 | LVNV Funding LLC | 129.17 | 129.17 | 4.13 | 4.13 |

(*) Denotes objection to Amount Filed