IN RE: ESTRADA               CASE NO. 09-12248

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS      108
                         60-249/433

| Case | Debtor |
|---|---|
| 09-12248 A | ESTRADA, RIGO, JR. |
| 92004905221466 | ESTRADA, LARISHA |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

Date  02/18/2011        $ ************5.25

~~~Five Dollars and 25/100

Pay to the Order of  U.S. Bankruptcy Court

*(signature)*
MICHAEL CHIASSON, Trustee

⑆000000108⑆ ⑈043302493⑈ 92004905221466⑆

2/22/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000)

DUE: SEE LETTER

*(initials)*

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228243    - KW
* * C O P Y * *
February 22, 2011
   15:35:11


UNC.UNDER$25
  09-12248
Debtor.: RIGO ESTRADA
Trustee: Michael Chiasson
Amount.:              $5.25 CH
Check#.: 108


Total->  $5.25


FROM: CHIASSON

Printed: 02/18/11 02:00 AM

Page: 1

# Claims Distribution Small Checks

Trustee: MICHAEL CHIASSON (380290)

Case: 09-12248 - ESTRADA, RIGO, JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 20049052I466 | 108 | 02/18/11 | | | | | | Check Amount: | | $5.25 |
| | | | 5-1 | 11/21/09 | 610 | Acadian Ambulance Service | 35.00 | 35.00 | 1.12 | 1.12 |
| | | | 7-1 | 12/17/09 | 610 | LVNV Funding LLC | 129.17 | 129.17 | 4.13 | 4.13 |

Payee: U.S. Bankruptcy Court

(*) Denotes objection to Amount Filed